Argued and submitted July 21, reversed and remanded August 3, 1983

STATE OF OREGON,
*Respondent,*

*v.*

MICHAEL JOHN RANIERO,
*Appellant.*

(CC82-651 & CC82-711; CA A27267 & A27268)
(Cases consolidated)

667 P2d 11

Ernest E. Estes, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Richardson, Presiding Judge, and Van Hoomissen and Newman, Judge.

PER CURIAM.

## PER CURIAM.

The state concedes that the trial court erred in failing to state reasons for the sentence imposed. We agree.

Reversed and remanded for resentencing.